IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EDITH GRIFFIN ELLISON,<br>    Plaintiff,<br><br>v.<br><br>BHC NORTHWEST PSYCHIATRIC HOSPITAL, et al.,<br>    Defendant. | CIVIL ACTION<br><br><br><br><br><br>NO. 11-5106 |
|---|---|

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 9th day of April 2013, upon consideration of Defendants' Motion for Summary Judgment (ECF 48), Plaintiff's Response (ECF 52), Defendant's Reply (ECF 53), the arguments put forth at oral argument on January 28, 2013, and the supplemental materials filed thereafter by both parties (ECF 57 and 58), and for the reasons stated in a Memorandum of Law to follow on this day, it is hereby **ORDERED** as follows:

    1.    Defendants' Motion for Summary Judgment (ECF 48) is **GRANTED**.

    2.    Plaintiff's Complaint is **DISMISSED**.

    3.    Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

    4.    The Clerk shall close this case.

                                                                    **BY THE COURT:**

                                                                    /s/ Michael M. Baylson
                                                                    _____
                                                                    **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 11\11-5106 Ellison v. BHC\11cv5106.Order re Mot. Sum J.docx